UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARINE M. VOLNY,

               Plaintiff,

-against-

GRM TRANSPORT LIMITED LIABILITY
COMPANY and R. GYOKHAN MUSTAFA

               Defendants.
------------------------------------------------------------X

Docket No.: 1:21-cv-00044

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUEDICE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, Plaintiff, CARINE M. VOLNY, and Defendants GRM TRANSPORT LLC and GYOKHAN R. MUSTAFA s/h/a R. GYOKHAN MUSTAFA, by and through their undersigned attorneys, that the Plaintiff's Complaint in the above-captioned action against Defendants and all claims therein be and hereby are dismissed, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without cost or fees to any party against the other.

Dated: January 14, 2021

                       KERLEY, WALSH, MATERA &
                       CINQUEMANI, P.C.

By: _____
     JOHAN A. OBREGON
     *Attorneys for Defendants*
     GRM TRANSPORT LLC and
     GYOKHAN R. MUSTAFA s/h/a
     R. GYOKHAN MUSTAFA

Dated: January 14, 2021

                       BOGORAZ LAW GROUP, P.C.

By: _____
     DMITRIY CHERNYY
     *Attorneys for Plaintiff*
     CARINE M. VOLNY

## ORDER

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED

Dated: _____

_____
Honorable Eric N. Vitaliano, U.S.D.J.
E.D.N.Y